# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELIZABETH M. KELLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:09CV9 |
| | ) | |
| **BALANCE RECOVERY NETWORK,** | ) | **SCHEDULING ORDER** |
| **INC., d/b/a Hartman & Associates, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon notice of settlement given to the magistrate judge by plaintiff's attorney, Pam Car,

**IT IS ORDERED:**

1. On or before May 1, 2009, the parties shall file a joint stipulation for dismissal or other dispositive stipulation, and shall submit a draft order which will fully dispose of the case to Judge Smith Camp, at smithcamp@ned.uscourts.gov.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. Plaintiff has complied with the court's March 12, 2009 order. All pending deadlines are hereby terminated upon the representation that this case is settled.

**DATED April 1, 2009.**

                         **BY THE COURT:**

                         s/ F.A. Gossett
                         **United States Magistrate Judge**